**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

     Plaintiff,                              Case No.: 1:26-cv-04840

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## <u>SCHEDULE A TO COMPLAINT</u>

| No. | Defendants |
|---|---|
| 1 | QuJingXuLiaoShangMao |
| 2 | HeHangShangMao |
| 3 | ZhuZhouQueShuShangMaoYouXianGongSi |
| 4 | xuanenshinengxinnengyuanyouxiangongsi |
| 5 | XXRG |
| 6 | chenzhoushiduanyiyunshangmaoyouxiangongsi |
| 7 | qifujiang33 |
| 8 | lqtxgl |
| 9 | fuxiangfuzhaung |
| 10 | XiaMenYuLaiGongMaoYouXianGongSi |
| 11 | ShanXiRongTangGuoKaiWangLuoKeJiYouXianGongSi |
| 12 | IronTale |
| 13 | INEEDOO |
| 14 | kaifengshixiangfuquchengxuannong |
| 15 | wuxion |
| 16 | Doracorner |
| 17 | yichengmingliangjianzhugongchengyouxiangongsi |
| 18 | shanxihongyanghaochengjianzhugongchengyouxiangongsi |
| 19 | learMountainFlow |
| 20 | luonanyangtengfeizhuangshigongchengyouxiangongsi |
| 21 | liupanshuishidingshengshangmaoyouxiangongsi |
| 22 | lichengxianyuningzhuangxiugongchengyouxianzerengongsi |
| 23 | ruichengxianxiaocuijianzhugongchengbu |

1

| 24 | tianzhenxianruiminliangyoujiagongyouxiangongsi |
|----|-----|
| 25 | Ykfss |
| 26 | ZiYingFanShan |
| 27 | zhangliang66 |
| 28 | liwenzhuang |
| 29 | POPOU |
| 30 | guizhouazhiwenhuachuanmeiyouxiangongsi |
| 31 | shanxihanshijixieyouxiangongsi |
| 32 | GIOLL |
| 33 | Jeisufren |
| 34 | LLZNG |
| 35 | guangxiyibohuikejiyouxian |
| 36 | yankuoshangpin |
| 37 | wuhushiliuyinyishangmaoyouxiangongsi |
| 38 | dalianyimanshangmaoyo |
| 39 | Tenna Teki |
| 40 | LSFYYYDS |
| 41 | Axjgxq |
| 42 | Tanxih agent |
| 43 | PAIKK |
| 44 | shuquan liu |
| 45 | Effie Store |
| 46 | Tranquil Guild |
| 47 | XM Decoration |
| 48 | QZ2024 |
| 49 | SUPERTIEPI |
| 50 | OPROLI |
| 51 | GlintStitch |
| 52 | Versatile customization |
| 53 | Breezy Blossom C |
| 54 | WAKTS |
| 55 | LANNIEARTDECOR |
| 56 | KCH Home Dec |
| 57 | The Glow Of Fireflie |
| 58 | ClothCanvas |
| 59 | Qxxxl |
| 60 | MALNP |
| 61 | Iron Sign House |

| 62 | Y Elaborate decoration |
|----|------------------------|
| 63 | Honey Mall |
| 64 | Artistic vision two |
| 65 | TOPDESIGN |
| 66 | APXUB |
| 67 | PAMUI |
| 68 | Expand imagination |
| 69 | D desktop decor B |
| 70 | GJJUFC |
| 71 | XIAOYANGAAA |
| 72 | UYHRI |
| 73 | BrightCrownspo |
| 74 | TOPWELLD |
| 75 | HatForU |
| 76 | BlushCraft |
| 77 | Sunny Sense Apparel |
| 78 | NERDH |
| 79 | Cozy Cottages |
| 80 | BK BA |
| 81 | YIMUSHEJIGONGZUOSHI |
| 82 | CNNGUX shop |
| 83 | YY Pistachio |
| 84 | KARAC |
| 85 | UB MOMO |
| 86 | YINGYIC |
| 87 | Pillow Decoration Cheap Shop |
| 88 | Peaceful Art |
| 89 | Good things and mood |
| 90 | WELCOEMAT |
| 91 | LHYFlower |
| 92 | FurnishFantasyF |
| 93 | ZY Throw pillow decoration |
| 94 | Owner of Sports |
| 95 | LumaGoodsshop |
| 96 | LCY Family throw pillow |
| 97 | Eden AA |
| 98 | Shopyssey |
| 99 | Freedomlj |

| | |
|---|---|
| 100 | Cool Life DIY I |
| 101 | AestheticHaven |
| 102 | RICWPRO |